# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Michael Buono, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application to search a white 2018 Ford F150 pickup truck, VIN 1FTEW1CP5JKE22967, Missouri License Plate 5FBW88, registered to TIMOTHY WILSON (WILSON), 2021 Hickoryleaf Lane, Raymore, Missouri.

2.  I am a Special Agent with the Federal Bureau of Investigation (FBI) in Kansas City, Missouri, and have been assigned to this office since June 2016. I am currently assigned to Squad 13 (Domestic Terrorism and Weapons of Mass Destruction), which is a component of the Joint Terrorism Task Force. I previously worked International Terrorism matters at the FBI's Kansas City Office from June 2016 to December 2017. I was assigned as a Special Agent to the Joint Terrorism Task Force in the FBI's Milwaukee Field Office from July 2012 to June 2016, and I supported criminal and national security investigations within a surveillance capacity from 2006 to 2012 in the FBI's Atlanta Field Office. Through my experience, education, and training, I have become familiar with the manner in which explosive devices are manufactured, and have participated in the investigation of potential violations of the U.S. criminal laws that govern domestic terrorism and the manufacturing of improvised explosive devices.

3.  The facts in this affidavit come from my personal observations, my review of documents and records, my training and experience, and information obtained from other agents and witnesses with direct knowledge of the facts of this case. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I make this affidavit in support of the requested warrant relating to violations of law by TIMOTHY ROBERT WILSON, in particular, violations of 18 U.S.C. § 2339A, providing material support or resources to terrorists; 18 U.S.C. 842(p), distribution of information relating to explosives, destructive devices, and weapons of mass destruction; and 18 U.S.C. § 2332a, use or attempted use of weapons of mass destruction. I assert that there is probable cause for the requested warrant based on the following facts:

## PROPERTY TO BE SEARCHED

5. This affidavit is in support of a search warrant to search a white 2018 Ford F150 pickup truck, VIN 1FTEW1CP5JKE22967, Missouri License Plate 5FBW88 (hereinafter referred to as "SUBJECT VEHICLE"), more fully described in Attachment A.

6. The items to be seized are fully listed in Attachment B.

## WILSON'S BACKGROUND AND COMMUNICATIONS

7. In September 2019, Timothy R. WILSON engaged in discussions on an encrypted messaging application (hereinafter referred to as the "App") with Jarrett William Smith (Smith) a.k.a. "Kosmik." On September 21, 2019, Smith was arrested and charged in the District of Kansas with two counts of 18 U.S.C. 842(p), Distribution of Information Relating to Explosives, Destructive Devices, and Weapons of Mass Destruction, and one count of 18 U.S.C. 875(c), Threatening Interstate Communication.

8. Based on information from a confidential human source ("CHS-1") discussed below, an investigation was initiated on WILSON on September 18, 2019, and physical surveillance was instituted on WILSON shortly thereafter. CHS-1 has provided corroborated information to investigators over the last approximately nine months. CHS-1 has previously been convicted of a felony and has been compensated for information provided about WILSON. CHS-

2

based information in this affidavit is primarily derived from screenshots of messages between CHS-1 and WILSON; it is noted where information is provided from CHS-1 that is not contained in screenshots.

9. In September 2019, WILSON shared several manuals describing how to create explosives and booby traps via an encrypted email service to CHS-1. WILSON stated, "Not sure if you have one of these but if not here you go. On a side note if your [sic] a fed then I suppose you got me now. If that's the case make sure you bring lots of body bags when you raid my house lol."

10. WILSON has also stated he keeps firearms at his house. A "trash cover" of WILSON's garbage at 2021 Hickoryleaf Lane, Raymore, Missouri, on September 25, 2019, revealed two empty boxes of 7.62x39mm ammunition, packaging for two 7.62x39mm Magpul 30-round magazines, and a receipt from Academy Sports + Outdoors, located in Belton, Missouri. The receipt revealed WILSON purchased two 7.62x39mm magazines on September 19, 2019, with a debit card ending in 1353. Based on my training, knowledge and experience, the 7.62x39mm accessories and ammunition are usable in an AK-47 rifle.

11. On September 26, 2019, CHS-1 reported that WILSON identified FBI physical surveillance and stated that the "jokes on them because I moved all of my gear to a safe undisclosed location after Kosmik [i.e., Smith] got picked up," "So I'm always packing," "right now I'm gonna play it like everything is normal but watch my back," and "figure maybe I'll lay low till Pennsylvania." At the same time the conversation between WILSON and CHS-1 was occurring, FBI surveillance observed WILSON conducting counter-surveillance measures.

3

12. CHS-1 reported that on September 30, 2019, WILSON expressed an interest in joining a group via an online TOR[1] site. WILSON stated "It's a tor site so I'll have to use my dark web laptop." When trying to share the group's application with CHS-1, CHS-1 asked "can it be forward [sic]," and WILSON replied "I don't know I'm on tor on my throwaway laptop."

13. In October 2019, WILSON messaged the following comments to CHS-1 on the App: "I've got plans however I'm not quite ready yet as I'm waiting for a few key things to happen but still planning I will elaborate more in person," and "I look forward to speaking to you more on this subject in person hopefully in PA . . ."

14. On October 15, 2019, WILSON messaged CHS-1 and stated, "if we could get 10-15 people it would be all we need to start things." WILSON messaged, "I've got quite a bit [of ammunition]," "About 1000 556 [5.56 mm], [1000] 762 [7.62mm] quite a few 20g shells too Some slugs sunbird shot some buckshot." "I've got flack jacket and kevlar helm too," "Tiger stripe and multi cam gear."

15. WILSON also engaged in private conversations with an undercover FBI Agent (UC-1) on the App after Smith's arrest. On October 31, 2019, WILSON forwarded several messages with instructions to make "Molotov" cocktails and "rudimentary napalm." WILSON then stated, "Just trying to give out some helpful facts lol," "Just save you a little bit of Halloween candy go out to the ghetto and set it in the middle of the street," "When the Niggers come out drop the napalm on em." On October 31, 2019, WILSON distributed manuals related to how to construct improvised explosive devices to UC-1 and CHS-1 on the App. The manuals included: "Big Book of Mischief;" "Homemade C4;" "Blasting Caps Initiatable By Thermal Detonation;" "Professional

---

[1] TOR is a browser designed for anonymous web browsing.

Homemade Cherry Bombs;" "Middle Eastern Bomb Designs;" "Mujahadeen Explosive Handbook;" and "Revised Black Book of Explosives." Subsequent to sending these manuals, WILSON messaged, "I guess if you two are feds I'm fucked now lol." These manuals contain instructions for creating a variety of explosive devices.

16. On or around November 7, 2019, WILSON, operating his white 2018 Ford F150 pickup truck, bearing Missouri license plate number 5XXXXX (MO 5XXXXX), drove approximately 1,000 miles from Raymore, Missouri, to Coudersport, Pennsylvania, to meet UC-1. WILSON shared his ideas with UC-1, including: "go into a fucking completely nigger elementary school and just fucking shoot the place up;" attacking the power grid with mylar balloons; and attacking bridges and substations with explosives. WILSON stated his goal was "to create enough chaos to kick start a revolution." WILSON also stated he had some fertilizer stored at his workplace. WILSON stated during the initial meeting that his plans were currently abstract and he had an approximately five-year timeline.

17. After the in-person meeting in Pennsylvania on November 8, 2019, WILSON and UC-1 continued to converse online via the App. WILSON claimed his fertilizer supply was used by individuals at his work. WILSON also stated, "I'm currently getting my shit in order I want to give my kids a good Thanksgiving good Christmas and a good birthday and then I'm probably on full-time with operation boogaloo." Based on my training, knowledge, and experience, the term, "boogaloo," is used to describe an impending racial civil war or collapse of society. When UC-1 asked WILSON, "Hey brother. I'm digging what you are saying but I got to ask, what changed the timeline," WILSON replied ". . . I never imagine growing old even with my kids I never imagined really watching them grow up I never thought I'd make it this far in life and yet here I am and I always thought I'd go out in a blaze of glory . . ." WILSON again stated, "I want to give my kids

5

a really good Thanksgiving I [sic] really good Christmas and a very memorable birthday party this year for at least hopefully have some good memories of me everything I do after that I do for them and I do for our people."

18. WILSON and UC-1 planned a meeting in Belton, Missouri, in December 2019 for the purpose of securing a storage unit where WILSON could begin storing "garden supplies." WILSON and UC-1 have used "garden" as the code word for "bomb" in their communications. On November 25, 2019, in reference to proposed storage space dimensions, WILSON stated, "Idk how much you need to make the garden grow would a 5x10 be enough space," "I'd imagine that you would need enough to fill a UHual [sic]." WILSON then shared a digital photograph of a webpage detailing the dimensions and storage capacity of a 20 foot truck. WILSON stated, "Here is The dimensions for a 20 inch Uhaul truck."

19. On November 30, 2019, WILSON messaged UC-1 and CHS-1, "This has been a shitty fucking weekend come January I'm ready to get my hands dirty fuck it I'm just done this is all I have left," "What ever [sic] you need me to do I'm on board."

20. On December 21, 2019, UC-1 met WILSON in a shopping center parking lot in Belton, Missouri. During the meeting, UC-1 leased a storage unit for WILSON and UC-1 in Belton, Missouri, and showed WILSON the unit. While UC-1 showed WILSON the inside of the storage unit, WILSON stated, "yeah, this should be plenty of space," and "March-April is when, uh, I'll be startin' to get some stuff in." UC-1 told WILSON they will share the storage unit, and that the unit was for both of them. UC-1 gave WILSON a key to the storage unit and kept a key for himself.

21. UC-1 also purchased a Bushmaster Firearms XM 15-E2S rifle, 5.56 ammunition, five magazines, and a gun bag from WILSON during their December 21, 2019, meeting. The

6

transaction occurred at WILSON'S parent's residence, located at 903 E. Walnut Avenue, Belton, MO. UC-1 waited in the living room area, and WILSON walked from view to another location of the residence, and returned with the rifle, ammunition, and accessories. It is believed that 903 E. Walnut Avenue, Belton, MO is a location where WILSON stores some of his "gear," which is believed to include firearms, ammunition, a flak jacket, Kevlar helmet, and military style clothing.

22. On January 12, 2020, WILSON forwarded a chart on the App that detailed the explosive standards and estimated blast radius of various sized vehicles when used as a vehicle-borne improvised explosive device (VBIED). WILSON messaged, "Some good info to *cough cough* know how far you have to run to be safe from a terrorist attack."

23. On January 27, 2020, WILSON messaged UC-1 and CHS-1 stating, "I put out some feelers at work today, we have a refugee program that teaches these leaches how to farm." "I'm hoping I can snag some of their fertilizer for our cause . . ." UC-1 responded, "Thinking on your feet huh lol." To which WILSON replied, "Trying to get the biggest bang for our buck [winking emoji]."

24. On January 30, 2020, WILSON claimed to purchase two five-pound bags of explosive precursors[2] through a business account at his workplace. WILSON shared pictures of the Amazon.com order confirmation through the App that corroborated his claim. WILSON stated his boss was "not the type to ask questions hell I could go and buy some crappy fertilizer and throw it in the shed and he'll think it's the stuff I ordered off of Amazon so we are good."

---

[2] The names of the specific explosive precursors have been withheld from this affidavit. An FBI Special Agent Bomb Technician verified that the various chemicals purchased and referenced by WILSON are viable for use in explosives.

7

25. On January 31, 2020, WILSON, believing that the explosive precursor he purchased was unsuitable for his plans, messaged UC-1 and CHS-1, "Fuck the shit I bought is worthless." WILSON messaged, "According to that book it contains synthetic shit not as good for our purpose." It is believed "that book" is a reference to the explosives manuals that WILSON distributed to UC-1 and CHS-1 on October 31, 2019, several of which discuss use of explosive precursors referenced by WILSON for making explosives. WILSON then stated, "I need to buy [chemical] I got [chemical]." Based on my training, knowledge, and experience, as well as my consultation with an FBI Special Agent Bomb Technician, the chemicals referenced by WILSON are a precursor for the manufacture of a binary explosive.[3]

26. In a subsequent conversation, WILSON claimed he "Just got 50lbs of the good stuff online." Based on the context of the conversation, it is believed WILSON was again referring to an explosive precursor.

27. Following the explosive precursor purchase, WILSON told UC-1 and CHS-1, "I guess we are unofficially being sponsored by the Catholic Church now lol, so we are doing the Lords work lol." WILSON'S workplace is a non-profit organization affiliated with the Catholic Church. During the same conversation WILSON also stated, "Idk if he [UC-1] wants to make c4 or not but it sounds like it would be easier to just have it go off rather than making bricks," and "How did mcveigh do it." Timothy McVeigh perpetrated the 1995 Oklahoma City bombing with a VBIED that killed 168 people and injured over 680 others.

---

[3] A binary explosive is an explosive consisting of two components which must be mixed in order to become explosive.

28. On February 1, 2020, WILSON messaged a picture of a bag of an explosive precursor[4] through the App, and stated, "1st shipment is in." On February 6, 2020, WILSON messaged a picture of a hand holding a bag of an explosive precursor through the App and stated, "Guess what I just got boys." WILSON also contacted UC-1 via text message by a cellular phone on February 5, 2020. WILSON's text message stated, "Got 50lbs of [precursor] and 10 lbs of [precursor]." On February 6, 2020, he texted, "I will drop off this week end."

29. On February 6, 2020, WILSON and UC-1 had a telephone conversation. WILSON again explained he had purchased fifty pounds of "the good stuff," and he would be dropping off the material at the storage location in Belton, Missouri. WILSON asked UC-1 whether he knew anyone that would purchase personally identifiable information (PII).[5] WILSON stated he could obtain PII of the residents in the halfway house where he worked. WILSON stated money from this scheme could be used to fund "the movement." WILSON then discussed obtaining containers to store the materials he had purchased. WILSON stated that in addition to the fifty pounds of material he obtained, he also acquired ten pounds of a phosphate material and another material. WILSON stated he bought these materials together as he believed it would be less suspicious. All phone conversations between UC-1 and WILSON were recorded. The recording on February 6, 2020, failed to clearly capture WILSON's portion of the conversation.

30. On January 30, 2020, WILSON messaged UC-1 and CHS-1, "Also att prepaid phones ask for 0 info to activate other than a zip code," "you can pay everything cash," and "Mine

---

[4] The names of the specific explosive precursors have been removed from this affidavit. An FBI Special Agent Bomb Technician verified that the various chemicals purchased by WILSON are viable for use in explosives.

[5] PII refers to information such as name, date of birth, or social security that can identify an individual. This information is commonly used for fraud and identity theft.

9

should be active in 10 min." WILSON then sent an image of a hand holding a mobile phone and stated, "Non smart flip phone." WILSON stated his "Burner number is 1(816)[XXX-XXXX]" to UC-1 and CHS-1, and, "Just put me in as werwolfe or wolf man or something lol." On February 8, 2020, WILSON messaged CHS-1 and UC-1 via the App and stated, "Remember when you get your burner to," "Turn off geolocation," "Turn off data," "Turn off Bluetooth," "Turn off WiFi." All subsequent telephone conversations between WILSON and UC-1 were made over the "burner phones."

31. On February 8, 2020, WILSON messaged CHS-1 and UC-1 via the App and stated, "So I've been trying to find a rain barrel to keep this stuff and no luck so far and all the places around where I'm at I might just keep it in a tote for the time being." UC-1 responded, "Done", "That's fine for now." On February 8, 2020, at approximately 8:46 a.m. PST, UC-1 received a missed call from WILSON. UC-1 called WILSON back at 8:50 a.m. PST. WILSON stated he could not find a rain barrel to store the material in. WILSON inquired whether a 32 gallon trash can would do the same thing. UC-1 confirmed that a trash can would be sufficient.

32. On February 8, 2020, video surveillance of the storage facility captured WILSON parking his truck near the storage unit. WILSON unloaded items from his truck and loaded the items into the storage unit rented by UC-1. Approximately nine minutes after WILSON departed the storage unit, WILSON contacted UC-1 on the App, and stated, "It's all deposited."

33. I and a Special Agent Bomb Technician confirmed that WILSON had placed the explosive precursors into a 32 gallon garbage bin. The bags matched the pictures sent by WILSON on the App. Additionally, WILSON placed two empty gasoline containers in the storage facility.

10

34. On February 14, 2020, WILSON made a post on his VK[6] profile (under the name Jon Wilson) stating, "Democracy has failed the time for empty talk is over we need men of action. Go out and do something don't tell anyone just make a plan and get it done." On February 14, 2020, WILSON stated in a "NSM Media chat"[7] group, "The time for talk is over democracy has failed, we need men of action."

35. On February 21, 2020, WILSON attempted to recruit another individual for his plan. WILSON messaged CHS-1, "So I got in contact with the guy that me and him are really tight back when we were in the Navy and I'm gonna see about maybe trying to bring him into the fold we had similar views back then but that was 15 years ago so I'm gonna see where he's at." "If he's like he was 15 years ago he will be down for the order, but I've got to feel him out. Shit could have changed." "The Order" refers to the private encrypted chat group on the App WILSON created to organize his plan to commit an attack. WILSON subsequently stated that the individual declined.

36. On February 25, 2020, WILSON messaged UC-1 via the App and stated, "Won't be able to do the 20th I'll have my kids that weekend, you might just have to pick something, or pick somewhere that you think will have an impact." UC-1 responded, "Hey brother, if the stuff about the kids in the money is for real, I'll just wait on you for when it makes sense. That being said, if it's an excuse so I can carry the load rather than you just be honest with me and tell me so I can move on down the road." WILSON then explained his financial situation. WILSON and UC-1 then had a phone conversation. UC-1 again told WILSON if he didn't want to continue with the plan, he should just tell him. WILSON said, "If that was the case, I'd just tell you . . . I'm pretty

---

[6] VK is a Russian based social media website.

[7] The National Socialist Movement (NSM) is a neo-Nazi organization.

11

far into it as it is." WILSON then again explained his financial situation. WILSON stated that after Nationals[8] he would have his tax money and would have time off. WILSON and UC-1 then discussed potential cities to visit and agreed April would be a good time to meet to "scout around."

37. On February 28, 2020, WILSON and UC-1 had another telephone conversation. During this conversation WILSON and UC-1 discussed meeting to scout potential targets for an attack. WILSON suggested Arkansas. WILSON suggested meeting by Springfield, Missouri, on April 20th or 21st, and then driving to Arkansas.

38. On February 29, 2020, WILSON messaged UC-1 via the App and expressed concern about going to the NSM meeting in April because an "NSM member got doxxed."[9] WILSON stated, "What we are doing is way more important and I don't want to blow our cover by getting doxxed," "Cause if word gets to my employer about my political beliefs they might put 2 and 2 together and tell the feds I don't want that to happen." WILSON subsequently decided he would not go to the April NSM meeting (i.e., Nationals), and stated to UC-1: "So I'll be free April 15-22nd we can meet up anytime there."

39. WILSON then set up a new "secret chat" via the App for WILSON and UC-1. This chat had security measures available, to include: "Use end-to-end encryption;" "Leave no trace on our servers;" "Have a self-destruct timer;" and "Do not allow forwarding." WILSON stated, "It has way more security will be better to talk on that."

---

[8] "Nationals" refers to the National Socialist Movement convention planned for around April 16–18, 2020.

[9] "Doxxing" refers generally to publishing private or identifying information about a particular individual over the internet.

12

40. On February 9, 2020, UC-1 messaged WILSON via the App, "Hey brother. Next time you are at a hardware store can you grab us a toggle switch? Its basically a light switch looking thing. Should be 5 bucks or less. I should be getting some [blasting] caps in soon fyi." WILSON agreed to buy a switch. On March 2, 2020, WILSON sent two pictures of various switches in a store and asked which one they needed. On March 4, 2020, video surveillance at a Lowe's in Kansas City, Missouri, captured WILSON entering the store and purchase several items. The digital receipt for the purchased items by customer "Timothy Wilson," included an "HBL 15/20A COMM 4WAY SWIT." WILSON messaged UC-1 the same day and stated, "I got the switch I'll drop it off tomorrow." Lowe's surveillance camera also captured WILSON arriving and departing the Lowe's parking lot in his white Ford F150 pickup truck.

41. On March 8, 2020, WILSON messaged UC-1 and stated, "Hey when we meet up in April do you want me to bring that stuff with me? Or just leave it be? Just wondering." UC-1 replied, "Just leave it where it is." On March 9, 2020, WILSON messaged UC-1 via the App and stated, "June 20th is the summer solstice," "Might be a good day to hit something." UC-1 responded, "Makes sense to me." "You still thinking somewhere in Arkansas? If so any idea what." WILSON responded, "Ya but not sure what," "I just think security would be pretty lax over there because nothing really happens over there," "I'm going to look at some stuff at work tomorrow." On March 10, 2020, WILSON messaged UC-1 via the App, "So I'm looking around at stuff and my question is, are we doing this like Mcviegh with a moving truck? Or some other way?" "Cause most fed buildings and places like hospitals have security and a u haul would prob stand out." "There are 2 Islamic centers south of Springfield that might make good targets," "Also Walmart hq is there might make a good target but idk what there security is like," "Also a big synagogue there," "They also have a nuclear plant," "But it's further down in the middle of the state."

13

42. On March 10, 2020, WILSON messaged UC-1 and CHS-1 on the App and stated, "All right so I'm not really all that worried about coronavirus but just in case say one of us gets it what's the plan," "I'm thinking probably just to Lonewolf ballistic and try to take out as many as I can during that time but I don't want to go sit in a hospital bed and then die doing nothing." WILSON stated, "I mean no doubt I'm gonna go in like you know hug every nigger and jew I can find but after that."

43. On March 14, 2020, WILSON shared a video titled, "FULL LIVESTREAM OF CHRISTCHURCH MOSQUE SHOOTING." WILSON stated, "Just going to put it here for safekeeping." The mass shooting that killed 51 people at two mosques in Christchurch, New Zealand, occurred on March 15, 2019.

44. On March 17, 2020, WILSON messaged CHS-1 and UC-1 via the App and stated "IF Marshall Law goes into effect delete everything you have from me (IF)," and "I know several people who have gotten out of the military recently and they all said they've been called back," and "That is not a good sign." WILSON was formerly in the United States Navy, and claims to have knowledge on how military bases operate. WILSON and CHS-1 subsequently had a phone conversation. WILSON stated that if quarantine from the new coronavirus happens, CHS-1 should delete all messages from him so CHS-1 wouldn't be implicated. When CHS-1 asked why, WILSON stated he would go and look for HVTs [high value targets], and that he was not going to sit there and wait for the government to come and kill him. WILSON also stated that UC-1 was not seeing what he is seeing. CHS-1 reported that WILSON had a serious tone during the conversation and did not joke or laugh. This phone conversation was recounted to the FBI by CHS-1 and was not recorded.

14

45. UC-1 contacted WILSON on March 18, 2020, on WILSON's "burner" phone number 816-XXX-XXXX, and asked WILSON do we need to accelerate things and does he need the UC-1 to come his way. UC-1 stated he could be in WILSON's area the weekend of March 21, 2020, with some supplies. WILSON replied, "hitting a hospital would be like prime target right now," and "I know over here like uh people that are sick are going over to KU, but at the same time like I don't know what security is like over there…" "KU" refers to University of Kansas Medical Center in Kansas City, Kansas. WILSON told UC-1 that "if you wanted to come up this weekend, we could I mean yeah we could drive around and kinda look around at things, but I think that right now with the way everything is going it could be prime time like I'd hate to wait til' April and then worst case scenario you know they've locked everything down tight where you can't travel and we miss the opportunity…"

46. On March 19, 2020, WILSON sent a video to UC-1 and CHS-1 via an encrypted messaging app, and messaged, "First video that I posted is the army reserve base that we have in Missouri and the second video is the Kansas national guard armory," and "Sorry that they are not better quality and what not but I was trying to not bring attention to myself for obvious reasons." On March 19, 2020, an FBI surveillance team noted MO 5XXXXX was in the area of the United States Army Reserve Center in Kansas City, Missouri and the Kansas National Guard Armory in Kansas City, Kansas.

47. UC-1 traveled to Belton, Missouri, on March 22, 2020, and met with WILSON. This meeting was captured by audio and video recording. UC-1 met WILSON at a parking lot, and WILSON got into UC-1's vehicle. WILSON and UC-1 then discussed potential targets. WILSON suggested a hospital, a police station, and power stations. UC-1 asked WILSON which target he would prefer. WILSON preferred the hospital as a target due to the potential impact it would have.

WILSON gave UC-1 directions to Belton Regional Medical Center (BRMC). WILSON and UC-1 drove to BRMC and conducted an initial reconnaissance of the area. WILSON suggested potential locations to park a VBIED. WILSON noted an area on the building that had glass windows, stating the fragmentation of the glass had potential to serve as shrapnel. WILSON also noted that even if the attack didn't result in a "mass casualty" event, it would have a significant impact in the media.

48. UC-1 asked WILSON how he envisioned the attack will be executed. WILSON suggested that he would drive the vehicle carrying the VBIED, and that it would be a two person operation. WILSON would wear all black to avoid detection. UC-1 would leave the VBIED in a specified Walmart parking lot. WILSON would then walk from his house to the Walmart parking lot to retrieve the VBIED. WILSON would then drive the VBIED to the previously identified spot at the hospital and leave the vehicle there. WILSON would activate the timer for the VBIED. WILSON suggested 20 minutes would be the ideal delay before the VBIED exploded. WILSON would then move to a predetermined location to be picked up by UC-1 in a vehicle. UC-1 would then drop WILSON at a specified location where he could then walk back to his house in Raymore, Missouri. WILSON would move to his house through a back wooded area and enter into his back door.

49. UC-1 asked WILSON what the timeframe was for this attack. WILSON noted that a stay-at-home order due to COVID-19 will go into effect for Kansas City, Missouri, at midnight on Tuesday, March 24, 2020. WILSON explained it would be better to conduct their attack prior to the stay-at-home order going into effect, or else they would draw suspicion being one of the only vehicles on the road. UC-1 explained that he would get a completed VBIED ready as fast as

16

possible, but it would likely be completed by Tuesday. WILSON and UC-1 agreed on Tuesday, March 24, 2020, as the date of the attack.

50. After the initial reconnaissance of BRMC and the discussion of the plan, WILSON suggested conducting a timed dry-run. UC-1 and WILSON conducted a dry-run in UC-1's vehicle, where WILSON timed how long it would take to complete the route from the time he was picked up by UC-1 after delivering the VBIED to the time he was dropped off near his house.

51. WILSON asked UC-1 what the plan was for a worst-case scenario if they got pulled over subsequent to placing the VBIED. WILSON planned to be laying down in the backseat of UC-1's vehicle. WILSON suggested he could shoot a police officer if they were pulled over. WILSON and UC-1 discussed what they would do after the attack. They agreed they would not talk to each other. WILSON explained if the attack led back to him, there would be a "firefight" at his house. WILSON provided UC-1 with driving directions on how to proceed to the highway and recommended a direction of travel.

52. WILSON and UC-1 then drove to the storage unit in Belton, Missouri. Upon arrival at the storage unit, WILSON and UC-1 loaded the explosive precursors, switch, fuel containers, and 32-gallon trash bin that WILSON had purchased into UC-1's vehicle. UC-1 explained he was taking these materials to "my guy." Throughout the meeting, UC-1 referred to the individual that would assemble the VBIED as "my guy." UC-1 and WILSON left the storage unit, and UC-1 dropped WILSON back off at his truck.

## PROBABLE CAUSE TO SEARCH SUBJECT VEHICLE

53. During the course of the investigation, WILSON utilized the SUBJECT VEHICLE to attend meetings, transport explosive precursors and containers, purchase and transport an electronic bomb component, and conduct reconnaissance in support of his plan to commit an attack

17

utilizing firearms and a VBIED. WILSON traveled interstate using the SUBJECT VEHICLE in November 2019, to Pennsylvania. During this trip, WILSON discussed plans of an attack with UC-1 and CHS-1. A vehicle tracking warrant was previously issued for the SUBJECT vehicle in 20-SW-00057-JTM.

54. On December 21, 2019, WILSON drove the SUBJECT VEHICLE to meet UC-1 in a public parking lot in Belton, MO. The purpose of the meeting was to secure a storage unit, where WILSON planned to store explosive precursors and components for a VBIED. On February 8, 2020, WILSON utilized SUBJECT VEHICLE to transport explosive precursors and containers to the storage unit, which was confirmed by FBI surveillance.

55. On March 4, 2020, WILSON drove the SUBJECT VEHICLE to a Lowe's Home Improvement store and purchased an electrical switch, which was to be used in the construction of a VBIED. On March 19, 2020, WILSON also used the SUBJECT VEHICLE to conduct reconnaissance of military buildings and took videos with his cellular phone of the military buildings while operating the SUBJECT VEHICLE.

56. WILSON also communicated to CHS-1 that he was "always packing." I know based on my training and experience that the term "packing" is a reference to carrying a firearm. WILSON is known to carry a firearm on a regular basis while driving the SUBJECT VEHICLE.

57. Due to concerns about WILSON's exposure to coronavirus, the FBI intends to seize the SUBJECT VEHICLE. The search will be conducted after waiting sufficient time for any potential viruses to die and for a properly equipped search team to conduct the search.

58. Based upon the investigation and facts described above, I submit that probable cause exists and request that the search warrant be issued on the property described in Attachment A of this Affidavit, for the things described in Attachment B.

18

## CONCLUSION

59. Based on the foregoing, I request that the Court issue the proposed warrant for the search of a white 2018 Ford F150 pickup truck, VIN 1FTEW1CP5JKE22967, Missouri License Plate 5FBW88, registered to TIMOTHY WILSON, 2021 Hickoryleaf Lane, Raymore, Missouri.

Respectfully submitted,

_____
Michael Buono
Special Agent
Federal Bureau of Investigation

[Sworn to by phone]

~~Subscribed and sworn to before me~~ on March 24, 2020

_____
Honorable Sarah W. Hays
United States Magistrate Judge
Western District of Missouri

19