**ATTACHMENT A**

Property to be Searched

This warrant applies to a White 2018 Ford F150 pickup truck, bearing Missouri license number 5FBW88 and Vehicle Identification Number (VIN) 1FTEW1CP5JKE22967.